# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ELIOT IVAN BERNSTEIN,** Individually, as Trustee f/b/o D.B., Ja. B and Jo. B under the Simon L. Bernstein Trust Dtd 9/13/12, and on behalf of his minor children D.B., Ja. B and Jo. B,
Appellant,

v.

**TED BERNSTEIN,** as Trustee of the Shirley Bernstein Trust Agreement dated May 20, 2008, as amended, **ALEXANDRA BERNSTEIN, ERIC BERNSTEIN, MICHAEL BERNSTEIN, MOLLY SIMON, PAMELA B. SIMON,** Individually and as Trustee f/b/o Molly Simon under the Simon L. Bernstein Trust Dtd 9/13/12, **JILL IANTONI,** Individually, as Trustee f/b/o J.I. under the Simon L. Bernstein Trust Dated 9/13/12 and on behalf of her minor child J.I., **MAX FRIEDSTEIN, LISA FRIEDSTEIN,** Individually, as Trustee f/b/o Max Friedstein and C.F., under the Simon L. Bernstein Trust Dtd 9/13/12, and on behalf of her minor child C.F.,
Appellees.

No. 4D16-3314

[December 21, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John L. Phillips, Judge; L.T. Case No. 2014CP003698XXXXNB.

Eliot Ivan Bernstein, Boca Raton, Pro Se.

Alan B. Rose of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., West Palm Beach, for Appellee Ted. S. Bernstein.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***